UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,
    Plaintiff,

Criminal No. 20-cr-20305
Honorable Robert H. Cleland

Osmany Andrades Valdes,
    Defendant.

---

**ORDER**

---

This Court, having considered the United States' *Ex Parte* Motion to Strike ECF Filing 4, due to a clerical error in the defendant's last name, GRANTS the request.

SO ORDERED.

s/Robert H. Cleland
Honorable Robert H. Cleland
United States District Judge

Entered: October 29, 2020